**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF MISSISSIPPI**
**OXFORD DIVISION**

**NORRIS LEE LESTER**                                                      **PLAINTIFF**

**V.**                                    **NO. 3:13CV00149-JMV**

**COMMISSIONER OF SOCIAL SECURITY**                            **DEFENDANT**

## ORDER DISMISSING CASE

This Social Security case is before the court on Plaintiff's Motion to Dismiss [14]. In support of the motion, Plaintiff essentially states that he has "no legitimate basis for [this] appeal." Counsel for the Commissioner has represented to the undersigned that Defendant has no objection to the motion.

Pursuant to FED. R. CIV. P. 41(a)(2), "an action may be dismissed at the plaintiff's request . . . by court order, on terms that the court considers proper." Therefore, it is

**ORDERED** that Plaintiff's motion to dismiss is **GRANTED** pursuant to Rule 41(a)(2), and this case is **DISMISSED**.

**THIS,** the 11th day of September, 2013.

                                                                                 /s/ Jane M. Virden
                                                                                **U. S. MAGISTRATE JUDGE**